EXHIBIT A

| Verified model name | Address1 | Address2 | Address3 | City | State | ZipCode | Email |
|---|---|---|---|---|---|---|---|
| AARON LAPORTE | 1764 Union St. | | | Brooklyn | NY | 11213-0000 | aaronlaporte1@gmail.com |
| ABIGAIL OLIN | 1125 Woodman Rd | | | Janesville | WI | 53545-0000 | abby_bowers09@sbcglobal.net |
| ADRIANO MARTINEZ | 211E WEST 151ST STREET #2B | | | NEW YORK | NY | 10039-0000 | adrimartinez0723@gmail.com |
| AERIN KENNEDY | 9210 Sw 51St Place | | | Copper City | FL | 33328-0000 | aerink27@gmail.com |
| AGNES SOKOLOWSKA | Geest. Strasse 67 | Dusseldorf | | Germany | | 40583-0000 | asokolowska18@gmail.com |
| AGOSTINA BARBAGELATA | Arcos 1786 4 | Buenos Aires | | Argentina C1426 | | | agosbar_5@hotmail.com |
| AIDAN RAMIREZ | 21 Brady Street | | | New Rochelle | NY | 10805-0000 | aidan217R@gmail.com |
| AIDEN CHOI | 32-49 33RD STREET | | | ASTORIA | NY | 11106-0000 | hoonchoinyc@gmail.com |
| AINURA KUDAIBERGEN | 845 UN PLAZA APT#79C | | | NEW YORK | NY | 10017-0000 | fashionbyainrim@gmail.com |
| AKUA WILLIAMS | 9771 Sw 218 Street | | | Miami | FL | 33190-0000 | akuawilliams@ymail.com |
| ALANA BEALE | 39 NIOLOPA PL. | | | COTTAGE HONOLULU | HI | 96817-0000 | alanabeale15@gmail.com |
| ALBINA KIREEVA | 69 Clarendon Road | | | London W114JE, United Kingdom | | | Missing Email |
| ALDEN HOYT | 50 Bridge Street | Apt. 404 | | Brooklyn | NY | 11201-0000 | aldenhoyt@gmail.com |
| ALEX HANSON | 4412 BAY LANE | | | WHITE BEAR LAKE | MN | | alexhanson158@gmail.com |
| ALEX LANDI | 55 Linwood Ave | | | CRESSKILL | NJ | 07626 | alexlandi28@gmail.com |
| ALEXANDRA VITTEKOVA | 500 W. 23 STREET APT 9E | | | NEW YORK | NY | 10011-0000 | alexandra.vittek@gmail.com |
| ALEXIA SENKIW | 43 HILLSIDE PLACE | | | RYE | NY | 10580-0000 | alexiasenkiw@gmail.com |
| ALI KIRSCH | 330 W. 56TH ST APT 2M | | | NEW YORK | NY | 10019-0000 | alexandra.carter06@gmail.com |
| ALLEY SCHEDIEL | 11611 LONG LAKE DR. | | | SPARTA | MI | 49345-0000 | modelalleyscheidel@gmail.com |
| ALLISON LANCASTER | 551 COOPER ROAD | | | RED BANK | NJ | 07701-0000 | allylancastermodeling@yahoo.com |
| ALLISON MCLARTY | 45A PARK AVENUE | | | FLEMINGTON | NJ | 08822-0000 | allison.mclarty3@gmail.com |
| ALTON MASON | 13417 N MANZANITA LANE | | | FOUNTAIN HILLS | AZ | 85268 | altonmajormodel@gmail.com |
| AMANDA MCDOWELL | 2690 Pete Shaw Rd | | | Marietta | GA | 30066-0000 | a17mcdowell@gmail.com |
| AMANDA MORENO | 182 E 95Th St | | | New York | NY | 10128-0000 | amandamorenomdrd@hotmail.com |
| AMANDA DA CUNHA REZENDE | 259 Elizabeth Street | | | New York | NY | 10012 | |
| ANA LUISA SCHURMANN | Ana L Curi Sombrio Dr. 510 | Florianopolis SC Nei Luis | | Gonzaga | Brazil | 88080-055 | |
| ANASTASIA GIAS | 100 Graham Ave | Unit 1 | | Brooklyn | NY | 11206-0000 | nastasiagias@gmail.com |
| ANASTASIA KHODKINA | 91 Metropolitan Ave | | | Brooklyn | NY | 11249-0000 | khodkina@gmail.com |
| ANDRE BROWN | 48 Crooked Trail Rd | | | Norwalk | CT | 06853-0000 | andrebrownnyc@gmail.com |
| ANGELICA ALVES DE ABREU | Rua Suzano | Sao Paulo Sp | | Brazil | | | |
| ANGIE STRZELECKA | UL. TOPOLAWA 2 L IN | | | POLAND 88-400 | | | agatastrzelecka1411@gmail.com |
| ANIA CHARLOT | 1304 NEW YORK AVENUE | APT# 3C | | BROOKLYN | NY | 11203-0000 | aniamodelnyc@gmail.com |
| ANNA OLIVEIRA HERRERA | Qsa 16 Casa 4 | Brasilia | | | Brazil | 72015160 | |
| ANNA KAZANNIK | Gagarina Street 79, #19 | Cherkasy | | Ukraine 18021 | | | ann.kazannik@gmail.com |
| ANNA ZHYLYAK | 6309 23RD AVENUE APT. 3A | | | BROOKLYN | NY | 11204-0000 | azhylyak@gmail.com |
| ANTON KLYMENKO | PRINCE ALBERT STREET 1920 | VANCOUVER BC | | CANADA V5T 3W6 | | | klym92@mail.ru |
| ANUSHA POTHINENI | 10825 Stevens Canyon Rd. | | | Cupertino | CA | 95014-0000 | anushap@gmail.com |
| AOIFE ROSSO | 9634 S. Central Park Ave | | | Evergreen Park | IL | 60805-0000 | aoifelouiserosso@gmail.com |
| APRIL KIMM | 70 Washington Street # 3G | | | Brooklyn | NY | 11201-0000 | aprilrkimm@gmail.com |
| ARIANNA NICOLOSO | GHAYA RESIDENCE SHICKH ZAYRIN ROAD | DUBAI | | UAE 37143 | | | arianna.nicoloso@gmail.com |
| ASHLEY HINSHAW | 2024 ARGYLE AVENUE | | | LOS ANGELES | CA | 90068-0000 | ashleyhinshaw@gmail.com |
| ASIO HIGHSMITH | 374 A Macdonough Street | Apt. 1 | | Brooklyn | NY | 11233-0000 | asiony@aol.com |
| AUSTIN KAIRIS | 1938 Ardaugh Drive | | | Crest Hill | IL | 60403-0000 | kairis.austin@gmail.com |
| AUTRY HAYDON-WILSON | 421 Rogers Ave Apt A3 | | | Brooklyn | NY | 11225-0000 | autryhaydonwilson@gmail.com |
| AVALON KIP | H.Krgthestraat 30 | Coevorden | | Holland 7742KB | | | avalon_kip@hotmail.com |
| AXEL SWAN | 319 Ellery Street | | | Brooklyn | NY | 11206-0000 | axelswanmaldini@gmail.com |
| BABAJIDE ALAO | 146 Beach 59Th Street | | | Arverne | NY | 11692-0000 | jidealao1@gmail.com |
| BAILEY OLIVAS | 2820 S 200th Lane | | | Buckeye | AZ | 85326-0000 | Missing Email |
| BARBARA MASCIA | 505 W 37Th Street | | | New York | NY | 10026-0000 | barbimascia@gmail.com |
| BARBORA SEFRNOVA | 121 St Marks Palce | | | New York | NY | 10009-0000 | bara.sefrnova@gmail.com |
| BERNARD FOUQUET | 14 Boulevard De La Grandie | | | Royan, France 17200 | | 00000-0000 | fouquetbernard1@aol.com |
| BOBBY PENNEY | 251 W 15TH APT.5 | | | NEW YORK | NY | 10011-0000 | penney768@gmail.com |
| BRANDIE BOWMAN | 60 Water Street Apt Php | | | Brooklyn | NY | 11201-0000 | brandiebowman@gmail.com |
| BRIANNA FINDLAY | 645 East 2nd Street | | | Brooklyn | NY | 11218-0000 | brianna.findlay@gmail.com |
| BRIE HARDING | 185 South 4Th Street | | | Brooklyn | NY | 11211-0000 | brie.harding@gmail.com |
| BRITTANY CHURCHILL | 1185 THE QUEENSWAY AVE. #UNIT 1221 | ETOBICOKE ONTARIO | | CANADA M8Z0C6 | | | brittany_churchill@hotmail.com |
| BROOKE ERVIN | 59 ANGELS PATH | | | WEBSTER | NY | 14580-0000 | brookeervin11@gmail.com |
| BROOKE KOSINSKI | 106 Central Park South | | | | NY | 10019 | brooklynnd84@gmail.com |
| BROOKE MASON | 157 JOE PHILLIPS ROAD | | | MADISON | AL | 35758-0000 | kimmbrookeee@gmail.com |
| BROOKE REGISTER | 37A Bedford Street, #21 | | | New York | NY | 10014 | |
| BRUCE HULSE | 1323 Palisades Drive | | | Pacific Palisades | CA | 90272-0000 | brucewhulse@gmail.com |
| BRUNO CORTELETTI | 146 Meserole Street | | | Brooklyn | NY | 11206-0000 | bruno_corteletti@hotmail.com |
| CALLE HANSSON | 948 Columbus Ave, APT 55 | | | | NY | 10025 | hansson.calle@hotmail.com |
| CAMILA RIBEIRO | RUA BUNADINO DE CAMPUS 140 | SAO CAMILO | | BRAZIL 37550-113 | | | ca-ssantos@hotmail.com |
| CAMILA SCOPEL | 140 W 111th Street | | 3 | New York | NY | 10026-0000 | Missing Email |
| CARINA BRANICKI | 15 West 17th Street | | | New York | NY | 10011-0000 | c.branicki@gmail.com |
| CARLA GULIN | 91 South, 3Rd Street | | | Brooklyn | NY | 11249-0000 | carlagulin24@gmail.com |
| CARLITO WACKI | De Bouwing 18 | Ez Elst | | Netherlands 6661 | | | carlitothwacki@gmail.com |
| CARLTON WOODCOCK | 5091 Wellington Dr. | | | Macon | GA | 31210-0000 | carlton.woodcock@gmail.com |
| CARLY JADE | P.O Box 400 | Viking AB | | Canada T0B 4NO | | | carlyjade33@gmail.com |
| CARMEN SOLOMONS | 2414 S Corning Street | | | Los Angeles | CA | | carmen.solomons1@gmail.com |
| CAROLINE SPIGGLE | 17226 JETTON RD. | | | CORNELIUS | NC | 28031-0000 | cespiggle@gmail.com |
| CAROLYNA RAMOS | 65 Lincoln Street | | | Jersey City | NJ | 07307-0000 | ramos.carolyna@gmail.com |
| CASSIE HANCOCK | 24 RAINY HILL RD COCKATOO | VICTORIA | | AUSTRALIA 3781 | | | cassie.hancock@hotmail.com |
| CAT DARLING | 73 Congers Road | | | New York | NY | 10956-0000 | catdarling07@gmail.com |
| CHANTAL KAMMERMANN | 312 SOUTH ELM DRIVE #5 | | | BEVERLY HILLS | CA | 90212-0000 | chantalkammermann@gmail.com |
| CHARLOTTE HINTON | 2287 WOODSFIELD LANE | | | MARIETTA | GA | 30062-0000 | hinton.charlotte@gmail.com |
| CHASE HARNETT | 159 RIVER ROAD | | | NYACK | NY | 10960-0000 | chaseharnett@gmail.com |
| CHASE KESSLER | 948 Hunakai Street | | | Honolulu | HI | 96816-0000 | chase@chasekessler.com |
| CHEERA IP | 2100 LINWOOD AVE APT 21W | | | FORT LEE | NJ | 07024-0000 | rosiecheera@gmail.com |
| CHELSEA MALEFYT | 191 County Road 628 | | | Wantage | NJ | 07461-0000 | lmalefyt@yahoo.com |
| CHERI-ANN KWON | 15-17 South Williams Street | Apt. 3B | | New York | NY | 10004-0000 | cheri82@mac.com |
| CHLOE LASLIER | 54 AVENUE DE LA BOURDONNAIS | PARIS | | FRANCE 75007 | | | Missing Email |
| CHRIS ADAMSKI | 649 S Burnside Ave 304 | | | Los Angeles | CA | 90036-0000 | cpanow@yahoo.com |
| CHRIS COLLINS | 235 WEST 122ND STREET | | | NEW YORK | NY | 10027-0000 | chriscollins22@gmail.com |
| CHRISTIAN DANIELS | 1121 Greene Ave Apt 2L | | | Brooklyn | NY | 11221-0000 | cdalexdaniels4@gmail.com |
| CICA PIMENTA | 12 June Rd | | | North Salem | NY | 10560-0000 | pimentacica@gmail.com |
| CLARE CIRILLO | 17 Green Hill Rd. | | | Goldens Bridge | NY | 10526-0000 | cacirillo9@yahoo.com |
| CLAYTON HUNTER | 375 Baltic Street | | | Brooklyn | NY | 11201-0000 | maasaiwarr@icloud.com |
| COCO YU | 109 CHANNING ROAD | | | BURLINGAME | CA | 94010-0000 | aa14231@gmail.com |
| COLLEEN CUTHBERTSON | 95 Sam Snead Circle | | | Etters | PA | 17319-0000 | colleenclara93@gmail.com |
| CYBILLA GALABOV | JN. IZTON LATINNA STZ. #22 APT21 | B174 SOFIA | | BULGARIA 1113 | | | cybilla05@gmail.com |
| DALAD KAMBHU | 146 MULBERRY STREET APT#11 | | | NEW YORK | NY | 10013-0000 | Missing Email |
| DAN MOULD | 2 Nethergord Road, | London | | United Kingdom | | | dan@sho.world |

| Name | Address | Address 2 | Address 3 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|
| DARIA KONOVALOVA | 322 W 57Th Street | | | New York | NY | 10019-0000 | DariaKonovalova.work@gmail.com |
| DARNELL EDWARDS | 5537 Emerson Avenue S | | | Minneapolis | MN | 55419-0000 | darnell@pearlemg.com |
| DARRON J. CLARKE | 23501 SW 112th PLACE | | | HOMESTEAD | FL | 33032-0000 | darronclarke@gmail.com |
| DASHA MATUSEVICH | 587 1ST AVE | | | NEW YORK | NY | 10016-0000 | matusevich.dd@gmail.com |
| DAVID CHIANG | 80-40 47Th Avenue, Unit 2F | | | Elmhurst | NY | 11373-0000 | davi_boy85@hotmail.com |
| DAVID DORN | 1316 Grand Ave | | | Phoenix | AZ | 85007-0000 | daviddorn13@gmail.com |
| DAVID KEIGLEY | 2008 Reservation Road | | | Gulf Breeze | FL | 32563-0000 | david@alumadesigns.com |
| DAYANNA SHAW | 2630 South 72Nd St | | | Philadelphia | PA | 19153-0000 | |
| DAYNA MARIE | 13 Spring Street #2A | | | Warwick | NY | 10990-0000 | dayna.christison@gmail.com |
| DELANEY COYLE | 1060 Pleasant Street | | | Bismarck | ND | 58504-0000 | dsheac@gmail.com |
| DELANEY MASAL | 680 WASHINGTON STREET #4B | | | NEW YORK | NY | 10014-0000 | delaneyfm@verizon.net |
| DEVIN HAYES | 1101 Geary Road | | | Cantrall | IL | 62625 | devinhayesmedia@yahoo.com |
| DIEYNA BA | 4 RUE VICTOR HUGO | COURBEVOIE ILLE DE FRANCE | | FRANCE 92400 | | | dina-d-mdl@hotmail.com |
| DITTA VIVIEN KUCSIK | 309 Gold Street | | | Brooklyn | NY | 11201-0000 | kucsikditta@hotmail.com |
| DJ SMITH | 4834 LADDIE CT. | | | ORLANDO | FL | 32821-0000 | modeldjsmith@gmail.com |
| DOMINIQUE SHAW | 1324 Halsey Street | | | Brooklyn | NY | 11237-0000 | shawdominique6@gmail.com |
| DOMINYKA GAJAUSKAITE | 92 HOWARD AVE APT.1 | | | BROOKLYN | NY | 11249-0000 | dominykag@yahoo.co.uk |
| DOUG LEWIS | 2601 S Pavilion Center Drive, Apt. 1127 | | | Las Vegas | NV | 89135 | dlewis10@gmail.com |
| EBONY ANDERBERG | Ostra Ryttmastaregatan 13 | Malmo | | Sweden | | 21752-0000 | ebony.anderberg@gmail.com |
| EDWARD STACK | 195 BIRCHWOOD DR | | | BARRINGTON | IL | 60010-0000 | estack31@aol.com |
| BRANDI BRECHBIEL | 279 Mott Street | | | New York | NY | 10012 | |
| ELENA KURNOSOVA / FOLEY | 51 W 69Th Street, Apt 4D | | | New York | NY | 10023-0000 | 5kurnosova5@gmail.com |
| ELENA SARTISON | 7004 BOULEVARD APT 6B | | | EAST GUTTENBERG | NJ | 07093-0000 | sartison.elena@gmail.com |
| ELLE ARSENYEVA | 311 W 24Th St Apt 13B | | | New York | NY | 10011-1570 | elina.arseneva@gmail.com |
| ELODI GUILLAUME | 2979 Koali Rd. | | | Honolulu | HI | 96826-0000 | elodiguillaume@hotmail.com |
| EMELIE MACINNES | 19597 Station St | | | Big Lake | MN | 55309-0000 | emeliemac21@gmail.com |
| EMMA SHANNON | 568 SPRING CAVERN AVE | | | ORANGE CITY | FL | 32763-0000 | shannoncarey35@gmail.com |
| ERICA ROSEN | 11 SIMPSON GATE | | | MANORVILLE | NY | 11949-0000 | erica1022rosen@gmail.com |
| ERIN MULCAHY | 45 WALL STREET APT#1509 | | | NEW YORK | NY | 10005-0000 | erin02@comcast.net |
| EUGENIYA KUZMENKO | 309 Gold Street #5B | | | Brooklyn | NY | 11201-0000 | janny.09@mail.ru |
| FIONA WEAVER | 520 West 48Th Street | | | New York | NY | 10036-0000 | fiona.l.weaver@gmail.com |
| FLORENTINA FRUMOSU | 1965 BROADWAY APT#21H | | | NEW YORK | NY | 10023-0000 | florentinafrumosunyc@gmail.com |
| FRANK BENSON | 76 Carmine Street, Apt 3C | | | New York | NY | 10014-0000 | fbenson@mac.com |
| FREDERIQUE WILLS | 10804 Glenshire Drive | | | Glenndale | MD | 20769 | fredriqew@gmail.com |
| GABREIL FULTON | 1830 W Silver Lake Drive | | | Los Angeles | CA | 90026-0000 | gabifulton@yahoo.com |
| GABI REBESCHINI | 40 Mercer Street Apt.24 | | | New York | NY | 10013-0000 | gabi_rebeschini@mac.com |
| GABRIELLA MENDEZ | 160 RIVERSIDE BLVD # 30B | | | NEW YORK | NY | 10069-0000 | gabriellamendezlorenzo@gmail.com |
| GABRIELLE BLEVINS | 602 W. 190TH ST APT 51 | | | NEW YORK | NY | 10040-0000 | gabrielle.blevins@gmail.com |
| GABRIELLE TAMAYO | 133 Mccutcheon Ave | | | Sayreville | NY | 08872-0000 | gabrielletamayo1@gmail.com |
| GELI FORLEFAC | 2027 3rd Ave Apt.4A | | | New York | NY | 10029-0000 | geli.f.forlefac@gmail.com |
| GEMMY QUELLIZ | 3190 Riverdale Avenue Apt B1 | | | Bronx | NY | 10463-0000 | gemmyquelliz@gmail.com |
| GENE KIM | 317 Porter Street | | | Glendale | CA | 91025-0000 | genekim23@yahoo.com |
| GEORGIE BADIEL | 1503 3RD AVENUE APT# 2A | | | NEW YORK | NY | 10028-0000 | badielgeorgette@yahoo.fr |
| GIULIA NAGLE | 20 Buckminster Road | | | Brookline | MA | 02445-0000 | Missing Email |
| GRIFFIN REED | 15 PEARTREE CT | | | DANVILLE | CA | 94526-0000 | Missing Email |
| GWEN LU | BLK 24 G, 4 TAMAN LONE PINE | BANDAR BARU PENANG | | MALAYSIA 11060 | | | Missing Email |
| HAIMITI BATU | 144 WYTHE AVE #4L | | | BROOKLYN | NY | 11249-0000 | |
| HANNA RUNDLOF | 123 LUDLOW STREET #21 | | | NEW YORK | NY | 10002-0000 | hannarundlof@hotmail.com |
| HANNAH CAITRIONA | 48-17 42Nd Street #5A | | | Sunnyside | NY | 11104-0000 | hannahcaitriona@gmail.com |
| HANNE RANIELY LINHARES | 92, Jardin Paulista | Suzamo | | Brazil | | | raniely_linhares@hotmail.com |
| HE SU | 453 EAST 14TH STREET APT 11B | | | NEW YORK | NY | 10009-0000 | hesu3021@gmail.com |
| HEATHER PARRISH | 1 WEST STREET #2916 | | | NEW YORK | NY | 10004-0000 | heathernp1120@gmail.com |
| HONGLIN LI | 45-10 11Th Street | | | Long Island City | NY | 11101-0000 | lhlhl310@gmail.com |
| HUIHUI MA | Building 2, Lane 56 | Xinle Road, Xuhui District | Shanghai | China | | | 1329680255@qq.com |
| IANA KHANASHERICH | 535 OCEAN PARKWAY APT 2D | | | BROOKLYN | NY | 11598-0000 | yana.khanashevich@gmail.com |
| ILONA STRUZIK | 309 Gold Street #30C | | | Brooklyn | NY | 11201-0000 | ilonast8@hotmail.com |
| INES LOPEZ | 130-27 60Th Avenue | | | Flushing | NY | 11355-0000 | modelimlc@gmail.com |
| INNA SVYATSKY | 1414 E. 14TH ST. APT # 3F | | | BROOKLYN | NY | 11230-0000 | innsmolina@gmail.com |
| ISA MESSIAH | 473 Kosciuszko Street | #2F | | Brooklyn | NY | 11221-0000 | isamessiah@icloud.com |
| ISABELL GIARDINI | 1 Astor Place | | | New York | NY | 10003-0000 | isabell.giardini@gmail.com |
| ISMINI PAPA | 13031 N Phillip Drive | | | Mequon | WI | 53092 | isabellascaffidi@gmail.com |
| JACQUELINI CORREIA DE MEDERIOS | RODOVIA SC 493 KM 3 | | | SANTA CATARINA | SC | 88717-0000 | kelyne04@hotmail.com |
| JADE KEDRICK | 444 37TH STREET | | | BROOKLYN | NY | 11232-0000 | JADEKEDRICK@GMAIL.COM |
| JAMES BUTLER | 304 S Manhattan Place | | | Los Angeles | CA | 90020-0000 | jamesbutler.biz@gmail.com |
| JAMIER HARRELL | 6688 South Bell Pl | | | Chandler | AZ | 85249-0000 | jamierboatman@gmail.com |
| JASMINE BURGESS | | 13320 SW 101 St | | Miami | FL | 33186-0000 | jasburgess@yahoo.com |
| JENI HALL | 7112 207TH STREET | LANGLEY B.C. | | CANADA V24-IT4 | | | jeniannhall@gmail.com |
| JENIA IEROKHINA | Nekzasova Street | Khezson | | Ukraine | | | jenia3_93@mail.ru |
| JENNIFER DANIELS | 272 Townline Road West | | | Nyack | NY | 10994-0000 | j.rachel.daniels@gmail.com |
| JESSICA CROSLEY | 409 Sharp Street | | | Virginia Beach | VA | 23452-0000 | jessicacrosley@hotmail.com |
| JESSICA DERBECKER | 810 MARCY AVE. APT#1 | | | BROOKLYN | NY | 11216-0000 | jessicaderbecker@hotmail.com |
| JESSICA LUOSTARINEN | RIITANTIE 6B | VANTAA | | FINLAND 01400 | | | luostarinen.jessica@gmail.com |
| J.P. - JESSICA PITTI | 305 Witch Hazel Way | | | Stroudsburg | PA | 18360 | |
| JESSICA RAFALOWSKI VIGGIANO | 2 REED HILL ROAD | | | GRANBY | CT | 06035-0000 | |
| JESSICA SJOO | 364 Myrtle Ave | | | Brooklyn | NY | 11205-0000 | jess.sjoo@gmail.com |
| JESSY JAYMES LAW | 1629 Summerfield street, Apt. 2R | | | Ridgewood | NY | 11385 | jessylaw96@gmail.com |
| JIALIN HUO | 5/F. SPARKLE ROLL BUILDING BLOCK B. NO.4 | XINGFUERCUN BEIJING | | CHINA | | | huojialin001@gmail.com |
| JILLIAN CHRISTMAS (name not on Schedule E/F) | 1649 TEAMON RD. | | | GRIFFIN | GA | 30223-0000 | jchristmas97@gmail.com |
| JONATHAN PFINGST | 97 PEAPACK RD | | | FAR HILLS | NJ | 07931-0000 | JONPFINGST@GMAIL.COM |
| JORDI IVEN | 324 West 49th Street | | | New York | NY | 10019-0000 | jordi.iven@gmail.com |
| JORDUN LOVE | 17 MONITOR ST APT 4N | | | BROOKLYN | NY | 11222-0000 | jordunlove@gmail.com |
| JOSHUA WILLIAMS | 49A ADELAIDE GROVE | SHEPHERD'S BUSH | | LONDON W12 0JU | | | j.williams30@hotmail.co.uk |
| JOURDANA PHILLIPS | 1820 E. 13Th St | | | Brooklyn | NY | 11229-0000 | jourdanaelizabeth@gmail.com |
| JULES MANDIROLA | 1071 1ST AVE | | | NEW YORK | NY | 10022-0000 | juliamandirola1@gmail.com |
| JULIA KRAVETS | 1812 QUENTIN RD. APT#7A | | | BROOKLYN | NY | 11229-0000 | julia.kravets@yahoo.com |
| JULIA ROCK | 40 MULBERY STREET APT#1R | | | NEW YORK | NY | 10013-0000 | juliarock0925@gmail.com |
| JULIAN CARDONA | 1845 Haight Ave | | | Bronx | NY | 10461-0000 | julianc4400@gmail.com |
| JULIANA KADINA | 3901 NOSTRAND AVE APT 3E | | | BROOKLYN | NY | 11235-0000 | julia.kadina@gmail.com |
| JULIANA KAMALII | 6453 S. Havana St. | | | Englewood | CO | 80111-0000 | julianakamalii@gmail.com |
| KACI TANSEY | 2857 Adams St | | | Hollywood | FL | 33020-0000 | kacitansey@hotmail.com |
| KAILAH NG | 190 East 7Th Street # 412 | | | New York | NY | 10009-0000 | kailahng@gmail.com |
| KAITLIN LARSEN | 1700 E Nickerson Avenue | | | Benton Harbor | MI | 49022-2470 | kaitlinjlarsen@gmail.com |
| KAITLYN RAYMOND | 6372 W. 6TH STREET | | | LOS ANGELES | CA | 90048-0000 | kaitlyn.raymond03@gmail.com |
| KAREEN TAYLOR | 411 East 118 Street | | | New York | NY | 10035-0000 | kareentaylor10@gmail.com |
| KARINA MATOS | 4440 N. Marshall Street | | | Philadelphia | PA | 19140-0000 | matos409@gmail.com |
| KAROLINA TOLEIKYLE | 485 7Th Avenue | | | New York | NY | 10018-0000 | |
| KAROLLA DA ROSA | RUA DOUTOR FLAVIO AMERICO MAURANO 220 MO | SAO PAULO | | BRAZIL | | | katycarolla@gmail.com |
| KATERYNA ZHUK | 1702 West 6Th Street #3D | | | Brooklyn | NY | 11223-0000 | zhuk.katie@gmail.com |
| KATI GARCEAU | 56 Benefit Road | | | Wakefield | RI | 02879-0000 | Missing Email |
| KAYLENNE MCCLURE | 100 N Eucalyptus Drive | | | Anaheim | CA | 92808-0000 | kayymcclure@gmail.com |

| Name | Address | Address 2 | City | State | Zip | Email |
|---|---|---|---|---|---|---|
| KEELY COMSTOCK | 104A Lantoga Road | | Wayne | PA | 19087-0000 | comstockkeely@gmail.com |
| KELSEY MARGERISON | 116 East 10Th St #3 | | New York | NY | 10003-0000 | kelseymargerison@gmail.com |
| KELSEY VOGELZANG | 206 Beacon St Apt 1 | | Boston | MA | 02116-0000 | kelseyvogelzang@gmail.com |
| KELSI KUHN | 21866 Bobwhite Ave | | Gretna | NE | 68028-0000 | kelsi.kuhn@hotmail.com |
| KENNIDY HUNTER | 93 Courtland Cresent | East Gwillmbury | Canada T0B 4NO | | | kennidyhunter@gmail.com |
| KEYSHLA MAISONET | 205 MONTICELLO AVENUE | APT #16 | NEW JERSEY CITY | NJ | 07304-0000 | keymaisonet@hotmail.com |
| KIANNA LOUIS | 22023 E. CLOUD RD. | | QUEEN CREEK | AZ | 85142-0000 | kiannalouis@gmail.com |
| KING TURNBULL | 200 Willoughby Ave | Unit 57585 | Brooklyn | NY | 11205-0000 | lturnb10@pratt.edu |
| KOKI TOMLINSON | 112 LINCOLN AVENUE #208 | | BRONX | NY | 10454-0000 | KOKI.TOMLINSON@GMAIL.COM |
| LAINEY PAHUD | 120 Sullivan Street Apt 3B | | New York | NY | 10012-0000 | laineypahud@gmail.com |
| LANA COFFEY | 35 Hamilton Road | | Irvington | NY | 10533-0000 | lanabcoffey@gmail.com |
| LANDERSON BRAGA | 711 Cole Ave | | Los Angeles | CA | 90038-0000 | oliverlander@hotmail.com |
| LARA MARCHETTI | 196 Avenue Of The Americas, Apt#9A | | New York | NY | 10013-0000 | lara.haberl@gmail.com |
| LARECIA HINES | 48 SIX POINT CT. | | WINDSOR MILL | MD | 21244-0000 | lareciahines@aol.com |
| LAURA SCOTT | 3831 Nw 60Th Court | | Virginia Gardens | FL | 33166-0000 | losco6@gmail.com |
| LAUREN CENDO | 805 MICHIGAN AVE. | | TOMS RIVER | NJ | 08753-0000 | ltcendo@gmail.com |
| LAUREN HALL | 3345 Pine Road | | Huntingdon Valley | PA | 19006-0000 | laurenhall1217@gmail.com |
| LAUREN PIATKOWSKI | 802-500 St.Clair Avenue West | Toronto ON | Canada M6C 1A8 | | | laurenkowski@gmail.com |
| LAYS DA SILVA | 628 East 20Th Street, Apt#1F | | New York | NY | 10009-0000 | laysstop@hotmail.com |
| LEJLA HODZIC | Egnacher St. 739 | Frasnacht | Switzerland | | 09320-0000 | hodzic.lejla@hotmail.com |
| LEROY MORITZ | Hintergasse 9 | Kobershain | Germany | | 09889-0000 | leroyay@web.de |
| LEXIE COHEN | 5944 Downington Ridge | | Acworth | GA | 30101-0000 | lco_24@yahoo.com |
| LEZLIE ANN NUNEZ | 34 TUNISAN RD | | NEW BRUNSWICK | NJ | 08901-0000 | info.lezlieann@gmail.com |
| LISA JACKSON | 888 8TH AVENUE APT#14C | | NEW YORK | NY | 10019-0000 | lcj1155@gmail.com |
| LIZ MITTRA | 451 S Detroit Str. | | Los Angeles | CA | 90036-0000 | liz.mittra90@gmail.com |
| LUCAS FACCHINI | 47-05 45Th Street | Apt. E9 | Queens | NY | 11377-0000 | lucasfacchini@hotmail.com |
| LUCAS MEDEIROS | Alameda Jali 311 Apt 71 | San Paolo | Brazil | | | lucasmedeirosmdl@gmail.com |
| LUCAS OWEN | 7212 Blvd. | Apt. 3B | North Bergen | NJ | 07047-0000 | lucasowentalent@gmail.com |
| LUISA MOEK | C/O Ilzh fer Paul-Lincke-Ufer 8E | Berlin | Germany | | | luisamoek@yahoo.de |
| LUKE FLYNN STOECKER | 235 Jefferson Avenue | | Miami Beach | FL | 33139 | lukeflynn@gmail.com |
| MADDIE ROBERTS | 240 ZOHETH SMITH WAY | | WELLFLEET | MA | 02667-0000 | madelineroberts96@hotmail.com |
| MADDIE YERKES | 4412 Dairymans Circle | | Naperville | IL | 60564 | myerkes97@gmail.com |
| MADDIE MOOR | STRANDVAGEN 19 | STOCKHOLM | SWEDEN 11456 | | | |
| MADINE KONATE | 30 Via Ungheria | Livorno | Italy | | 57128-0000 | madi.konate92@gmail.com |
| MADISON MASSEY | 28 Canal Street | | New York | NY | 10002-0000 | madisonmassey11@gmail.com |
| MADISON SMUKALLA | 13155 SW BRIANNE WAY | | TIGARD | OR | 97223-0000 | madison_smukalla@yahoo.com |
| MADLENA KALINOVA | 3000 NE 2ND AVENUE #1006 | | MIAMI | FL | 33137-0000 | madlenakalinova1@gmail.com |
| MAGDALENA MARTYNOWICZ | PO BOX 242393 | | ANCHORAGE | AK | 99524-0000 | mjmartynowicz10@gmail.com |
| MAGDALENE GROVES | 1633 SPANISH TRAIL | | PLANO | TX | 75023-0000 | groves.mags@gmail.com |
| MALIK WINSLOW | 864 Myrtle Avenue | | Brooklyn | NY | 11206-0000 | malikwinslow@gmail.com |
| MARCIO CAMARGOS | 1523 N. MCCADDEN PLACE #408 | | HOLLYWOOD | CA | 90028-0000 | MSCGATINHO@HOTMAIL.COM |
| MARIA INES HUGUENIN | 6 STUYVESANT OVAL #TH | | NEW YORK | NY | 10009-0000 | mariaineshg@hotmail.com |
| MARIANA LIMA | 135 MOFFAR ROAD | | COLD SPRING | NY | 10516-0000 | maribrandao90@hotmail.com |
| MARIEL SOEHNER | 1480 PACIFIC STREET APT.3R | | BROOKLYN | NY | 11213-0000 | marielsoehner@gmail.com |
| MARISSA HILL | 920 W. Stanley Ave. #108 | | West Hollywood | CA | 90046-0000 | marissaehill@gmail.com |
| MARK MANDIA | 297 Academy Street | | Jersey City | NJ | 07306-0000 | markmandia0@gmail.com |
| MARTINE FOX | 240 1/2 EAST 30TH STREET | | LOS ANGELES | CA | 90011-0000 | maretini907@gmail.com |
| MARY HERMAN | 2701 VILLAGE BLVD. APT#204 | | WEST PALM BEACH | FL | 33409-0000 | m.herman0915@yahoo.com |
| MARY-MARGARET HENRY | 919 AVENUE ST. JOHN | | BRONX | NY | 10455-0000 | marymarhenry@gmail.com |
| MASHA MATKOVA | 3260 CONEY ISLAND AVE APT#B7 | | BROOKLYN | NY | 11235-0000 | MASHA365@HOTMAIL.COM |
| MASOOD AHMAD | 8019 Beverly Boulevard | | Everett | WA | 98203-0000 | masood@aliensxrobots.us |
| MATO KROYER | 12 BONESFELL ROAD | | GLENFORD | NY | 12433-0000 | matokroyer@gmail.com |
| MATT KING | 1600 Vine Street | Apt 622 | Los Angeles | CA | 90028-0000 | mattking2020@gmail.com |
| MATT LAW | 51D Lillieshau Rd | London | Uk | | | contact.mattlaw@gmail.com |
| MAYYA DERZHEVITSKAYA | 6, 5/2 ZVEZDNIY BLVD | MOSCOW | RUSSIA 129085 | | | mayya_der@mail.ru |
| MEGA GOUVEIA | 138 Eldridge St. #3C | | New York | NY | 10002-0000 | veia_megan@yahoo.com |
| MEISHA BROOKS | 200 Water St | PH13 | New York | NY | 10038-0000 | Missing Email |
| MELANIE ARIAS | 59-16 58Th Drive | | Maspeth | NY | 11378-0000 | melarias44@gmail.com |
| MELISSA MARTINEZ | 9 Mid Oaks Road | | Monroe | NY | 10950-0000 | melissamart7@gmail.com |
| MELISSA OVERGAARD | SPILTGANGEN 12D | YSTAD | SWEDEN 27137 | | | overgaardmelissa@gmail.com |
| MICHAEL ANDREIS | 258 HUNTER RIDGE DR. | | SALINE | MI | 48176-0000 | andreis.michael@gmail.com |
| MICHAELA LENCOVA | 9 E 16Th Street | | New York | NY | 10003-0000 | lencova.michaela@gmail.com |
| MICHAELA VYBOHOVA | 312 11Th Ave Apt 23E | | New York | NY | 10001-0000 | mv.bohova@gmail.com |
| MICHALA ZAMBON | 3506 FIELDSTONE DRIVE | | W BOZEMAN | MT | 59715-0000 | mrz112599@gmail.com |
| MICHELLE CARTWRIGHT | 59 DAFFODIL DRIVE | | FARMINGDALE | NY | 11735-0000 | michellemariecartwright@gmail.com |
| MIGUEL ORJUELA | 7504 BERGENLINE AVE | | NORTH BERGEN | NJ | 07047-0000 | angelorj03@live.com |
| MIHAELA BORISLAVOVA | 12 JOHN ST APT 7 | | NEW YORK | NY | 10038-0000 | micaelaborislavova@gmail.com |
| MIKAELA BLUMBERG | 218 E. 6TH STREET #18 | | NEW YORK | NY | 10003-0000 | mblumberg1125@yahoo.com |
| MILAN DIXON | 4112 California Condor Avenue | | Las Vegas | NV | 89084-0000 | MILAN.DIXON@GMAIL.COM |
| MILENA GOLFETTO | R. SUZANN 88 | SAO PAULO S | BRAZIL | | | milena_golfetto12@hotmail.com |
| MIMI BARBAROS | 235 PERRINEVILLE ROAD | | JACKSON | NJ | 08527-0000 | mumtaz2000@icloud.com |
| MIRANDA PIERSON | 157 Lexington Avenue #6F | | New York | NY | 10016-0000 | mirandaleepierson@gmail.com |
| MITIA BRECKENRIDGE | 625 West 156 St., Apt. 5A | | New York | NY | 10032 | mitiabreck@hotmail.com |
| MJ WILLIAMS | 411 E 114 St. | | New York | NY | 10029-0000 | mj.williams5652@yahoo.com |
| MOLLI PACE | 1639 N. JEFFERSON AVE. | | SPRINGFIELD | MO | 65803-0000 | molisa_maryann@yahoo.com |
| MOLLY FLETCHER | 6 EAST 36TH STREET APT#5F | | NEW YORK | NY | 10016-0000 | mollyf@nyu.edu |
| MOLLYE ROGEL | 181 LONG HILL ROAD #A5 | | LITTLE FALLS | NJ | 07424-0000 | MOLLYEROGEL@MAC.COM |
| MOON YOUNG | 1009 Willoughby Ave | | Brooklyn | NY | 11221-0000 | chyy0303@gmail.com |
| MORGAN ALLEN | 21721 CALAMARY CIRCLE | | STERLING | VA | 20164-0000 | morgan.allen22@gmail.com |
| MORGAN HOLLIS | 10250 Hwy 427 | | Philadelphia | MS | 39350-0000 | mlhollis45@gmail.com |
| NADAV HEYMAN | 1042 Glen Oaks Blvd | | Pasadena | CA | 91105-0000 | nadavheyman@gmail.com |
| NANCY PANG | 4-2-103 FENG LING FO LI LING RD NING TIE | NANNING CITY | GUSNGXI 530021 | | | 798062604@qq.com |
| NATALIA MOREIRA | Rio Dona Avelina 11F | Vila Mariona | Brazil | | | nataliamoreira@outlook.com |
| NATALIA SOLOVIEVA | 67 WALL ST. APT. 11L | | NEW YORK | NY | 10005-0000 | natalia.solo39@gmail.com |
| NIC THOMPSON | 6522 Lamirada Avenue | | Los Angeles | CA | 90038-0000 | Missing Email |
| NICHOLAS FOUQUET | 512 Victoria Ave | | Venice | CA | 90291-0000 | fouquet@mac.com |
| NICHOLAS SCHERNER | 330 E 117th St. | | New York | NY | 10035-0000 | schernn@miamioh.edu |
| NICK OVINGTON | 530 GREENVIEW TERRACE | | MILTON | GA | 30004-0000 | nickovington@tbodevelopment.com |
| NICOLA MATEAR | 202 West 107Th St 5E | | New York | NY | 10025-0000 | matearnicola@gmail.com |
| NICOLE CHIKUNOV | 19 Springhurst Park | | Dobbs Ferry | NY | 10522-0000 | nic223@nyu.edu |
| NICOLE WILLIAMS | 56 MONITOR STREET | | JERSEY CITY | NJ | 07304-0000 | mailfromnic@gmail.com |
| NIKI NAGY | 6M5 KUNSZALLAS | TANCSICS | BUDAPEST UTCA 23 | | | nikolett0513@gmail.com |
| NIKOLA ANDERSON | 531 SILVERA AVENUE | | LONG BEACH | CA | 90803-0000 | nikolaando3@gmail.com |
| NINA STRAUSS | Kallangsvagen 26 18Mu | Liding | SWEDEN | | 18144-0000 | nina.strauss@hotmail.com |
| NORA SOMMERKAMP | 25-23 43RD ST APT 2B | | ASTORIA | NY | 11103-0000 | nora.sommerkamp@gmail.com |
| OKSANA ORLOVA | 111 FULTON STREET #813 | | NEW YORK | NY | 10038-0000 | OKSANA_ORLOVA@YAHOO.COM |

| Name | Address | Address 2 | City | State | Zip | Email |
|---|---|---|---|---|---|---|
| OLGA VLASENKO | BOLNICHNAY 13-136 | SAMARA | RUSSIA 446201 | | | haruka-ryuuku@mail.ru |
| OLYA ANIKINA | 235 EAST 117TH ST #3E | | NEW YORK | NY | 10035-0000 | olgaalexanikina@gmail.com |
| OVO DRENTH | 334 South 3rd St | | Brooklyn | NY | 11211-0000 | ovodrenth@gmail.com |
| PAIGE ALEXANDRA PALMARI | 2274 5TH AVENUE | | RONKONKOMA | NY | 11779-0000 | paige23@ymail.com |
| PAIGE LYNN | 11400 Sw Waldorf Ct | | Port Saint Lucie | FL | 34987-0000 | ballet.pls13@hotmail.com |
| PARADIS WINSLET | 225 E 72nd St | | New York | NY | 10021-0000 | Missing Email |
| PATRICIA WERLE | 22 N 6Th Street | | Brooklyn | NY | 11249-0000 | patriciawerle29@gmail.com |
| PAULINA GROCHOWINA | 140 HOLMES ROAD | MUNSTER WA | AUSTRALIA 6166 | | | lulusia02@gmail.com |
| PEDRO HENRIQUES DOMINGUES AGRA | 500 East 63rd St., Apt. 13F | | New York | NY | 10055 | agra13@gmail.com |
| PHILIP HERMAN | 103-00 Shore Front Parkway | | Rockaway Park | NY | 11694-0000 | philherman1998@gmail.com |
| PHIONA ST. CYR | 1534 BROOKLYN AVE | | BROOKLYN | NY | 11210-0000 | phiona.stcyr@gmail.com |
| PIERGIORGIO GRION | 322 E 109TH STREET | | NEW YORK | NY | 10029-0000 | pierregiorg90@yahoo.com |
| PIYAWAN CHITSAMRAN | 474 9TH AVENUE APT. 4B | | NEW YORK | NY | 10018-0000 | giftgilmodel@gmail.com |
| PRESTON TRITES | 137 BAYARD STREET | | BROOKLYN | NY | 11222-0000 | ptrites@gmail.com |
| PRISCIILLA MONNIER | 1116 Laurel Lane | | Montgomery | AL | 36106-0000 | pcmonnier@gmail.com |
| QUEEN ONYEMAECHI | 10 Muyibi Street | Oludi Apapa | Lagos, Nigeria | | | Missing Email |
| RACHEL LIANG | 110 Parkwood Drive | | Linwood | NJ | 08221-0000 | rliang821@gmail.com |
| LEAH RAE HIGHT | 837 Bedford Ave, Apt. 2C | | Brooklyn | NY | 11205 | leah.raeh@gmail.com |
| RAIN DUBILEWSKI | 357 55Th Street # 1H | | New York | NY | | firefighterrain@gmail.com |
| RANDALL SMITH | 423 16Th Street | | Brookyln | NY | 11215-0000 | randall2485@gmail.com |
| REBECCA BURROUGHS | 665 Millers Ln | | Rahway | NJ | 07065 | rebeccaburrou@gmail.com |
| RENA STOKES | 710 Delafield Rd | | Pittsburgh | PA | 15215-0000 | renastokes45@gmail.com |
| RICARDO BALDIN | 1710 N FULLER #314 | | LOS ANGELES | CA | 90046-0000 | ricamargo@msn.com |
| ROBERT SPENCER | 195 Chrystie Street Loft#907 | | New York | NY | 10002-0000 | Missing Email |
| RUGILE VAISVILAITE | 301 East 108 Street. Apt 1 | | New York | NY | 10029-0000 | rugile.vaisvilaite@gmail.com |
| RYAN KRAUSE | 9350 172 W Olimpic Blvd | | Beverly Hills | CA | 90212 | ryankaruse@aol.com |
| SAGE LAUREN PINEIRO | 525 Parker St | | Newark | NJ | 07104-0000 | sagepineiro@gmail.com |
| SAIDOU DIALLO | 2475 TIEBOUT AVE | | BRONX | NY | 10458-0000 | maasaidou@gmail.com |
| SALLY JONSSON | Hyltingevagen 14 | Alvsjo | Sweden | | 12540-0000 | sally.jonsson@hotmail.com |
| SAM CLAY | 4009 SADDLEHORN BEND | | DECATUR | AL | 35603-0000 | samclay.sc@gmail.com |
| SAMANTHA GOMEZ | 41-50 78Th Street | | Elmhurst | NY | 11373-0000 | leahsamanthagomez@gmail.com |
| SAMANTHA PINCUS | 280 ABRAHAMS LANE | | VILLANOVA | PA | 19085-0000 | samanthabpincus@gmail.com |
| SAMARA OLIVEIRA | Street Elenirse 5062 | A Govea-50 Caicara | Belo Horizonte, Brazil | | | Missing Email |
| SARAH ENGELLAND | 379 S 5th Street | | Brooklyn | NY | 11211-0000 | Missing Email |
| SARAH KAUFMANN | 12049 Pioneers Way | | Orlando | FL | 32832-0000 | Missing Email |
| SASHA MART | 864 Broadway | Apt 4 | New York | NY | 10003-0000 | Missing Email |
| SCOTT CAMARAN | 347 MONROE STREET APT.3 | | BROOKLYN | NY | 11221-0000 | scottcameron.thomas@gmail.com |
| SCOTT DeQUINE | 507 12Th Street #15 | | Miami Beach | FL | 33139-0000 | scottdequine@yahoo.com |
| SCOTT KING | 825 Bayhead Rd | | Osteen | FL | 32764-0000 | kade5176@hotmail.com |
| SEAN SWANSON | 11390 Ne 91St. Street | | Kirkland | WA | 98033-0000 | sean-swan@hotmail.com |
| SEHAN LEE | 48, CHEONGPA-RO 43 GIL | YONGSAN-GU SEOUL | SOUTH KOREA | | | sehanism@gmail.com |
| SESSILEE LOPEZ | 450 W. 42ND STREET #37B | | NEW YORK | NY | 10036-0000 | sessileelopez@gmail.com |
| SETH MARTIN | 74 Mudtown Road | | Wantage | NJ | 07461-0000 | wilkerson.seth.m@gmail.com |
| SEVERINE KEIMIG | 227 WEST 77 APT. 20D | | NEW YORK | NY | 10024-0000 | severinekeimig@googlemail.com |
| SEYID FALL | 2999 Fredrick Douglass | Apt 27th | New York | NY | 10049-0000 | seyidfall03@gmail.com |
| SHAANTI CHAITRAM | 590 West 174th St, Apt. 45 | | New York | NY | 10033-0000 | shaanti.chaitram@gmail.com |
| SHAKYLA RAMSEY | 1 Whitman Court | | Hartford | CT | 06106-0000 | ramseyshakyla1@yahoo.com |
| SHANTAL YANIRE | URB. PUNTO ORO | CALLE LAFFITE PONCE | PUERTO RICO 3411 | | | shantal.yanire@gmail.com |
| SHARLENE RADLEIN | 1635 Putnam Avenue #2H | | Ridgewood | NY | 11385-0000 | sharleneradlein@gmail.com |
| SHAYA ALI | 400 W. 150Th Street #64 | | New York | NY | 10031-0000 | shayaali@icloud.com |
| SHERITA DEHON | 3115 BURNING SPRINGS RD | APT 2C | LAUREL | MD | 20724-0000 | sheritadehonney@gmail.com |
| SIENNA HUBERT-ROSS | 40 Market St, Apt. 1 | | Cambridge | MA | 02139-0000 | siennahubertross@hotmail.com |
| SIMON WHEELDON | 88 Greenwich Str. | | New York | NY | 10006-0000 | skwheeldon@gmail.com |
| SIMONE APTEKMAN | 80 Columbus Circle | | New York | NY | 10023-0000 | sim.aptekman@gmail.com |
| SOPHIE OLSZAK | 20 Exchange Place | | New York | NY | 10005-0000 | sophieolszak123@gmail.com |
| SPENCER JAMES | 50 Durango Pl | | Iowa City | IA | 52246-0000 | spencernauman20@gmail.com |
| STEPHANIE CORDOBA-CARVAJAL | 30 Riverside Blvd | Apt 25D | New York | NY | 10069-0000 | stephanievcordoba@gmail.com |
| STEPHANIE HOFFMAN | | 4 PLEASANT VIEW PL. | OLD GREENWICH | CT | 06870-0000 | sihoff10@gmail.com |
| STEVEN KELLY | 3310 Cummings Lane | | Chevy Chase | MD | 20815-0000 | stevenkellybooking@gmail.com |
| STEVEN LYON | 1878 Maui Circle | | Costa Mesa | CA | 92626-0000 | steven@stevenlyon.com |
| TAMIRIS FREITAS | 75 Kingsland Ave | | Brooklyn | NY | 11211-0000 | tamirisbh@gmail.com |
| TASHA MOORE | 9598 NW 53RD STREET | | SUNRISE | FL | 33351-0000 | tashammoore@gmail.com |
| TATUM OPHELIA | 32 College Street | | Trinity | AL | 35673-0000 | Missing Email |
| TAYLOR BURNS | 1158 VISTA CANYON LANE | | NEWBURY PARK | CA | 91320-0000 | taylorbazaylor@gmail.com |
| TAYLOR REED | 101 RYDER CT. | | WOODSTOCK | GA | 30189-0000 | nikisully@comcast.com |
| TESS JANTSCHEK | 170 SCHAEFER STREET | | BROOKLYN | NY | 11207-1278 | tessjantschek@me.com |
| THAIS MARTINS | 900 West Ave | | Miami | FL | 33139-0000 | thaismom@gmail.com |
| THIAGO JIMENEZ | 4412 BARNETTT AVE APARTMENT 1F | | SUNNYSIDE | NY | 11104-0000 | thiagojimenez@gmail.com |
| THOMAS CASTRO | 1354 Norton Dr. | | Far Rockaway | NY | 11691-0000 | tommysk8s1@yahoo.com |
| THOMAS MICHAEL | 220 Eckford Street | #4 | Brooklyn | NY | 11220-0000 | thomasmichael@outlook.com |
| TIM EASTON | 171 Pier Avenue #405 | | Santa Monica | CA | 90405-0000 | timothyeaston@mac.com |
| TODD ELKINS | 850 Manhattan Avenue #3L | | Brooklyn | NY | 11222-0000 | toddelkins88@gmail.com |
| TONY RODRIGUEZ | 1947 Rodman St. | | HOLLYWOOD | FL | 33020 | rodrigueztony13@yahoo.com |
| TREVOR FEEHAN | 289 E 6Th Ave | | Vancouver | BC | 10003-0000 | trevor.feehan@gmail.com |
| TREY RILEY | 10 Montague Terrace Apt.1B | | Brooklyn | NY | 11201-0000 | fossiekun@yahoo.com |
| TRINITY BLADES | 802 3Rd Avenue | | Picayune | MS | 39466-0000 | trinityb919@gmail.com |
| TSUBASA WATANABE | 146 Forsyth Street #3D | | New York | NY | 10002-0000 | tsubasany@gmail.com |
| TY WARNER | 1311 N Fairfax Avenue | | Los Angeles | CA | 90046-0000 | warnert2017@gmail.com |
| TYHEEM LITTLE | 5136 Chester Avenue | | Philadelphia | PA | 19143-0000 | tychris11@gmail.com |
| ULLA REISS | LOMONOSOVA 11A APT#10 | SMOLENSK | RUSSIA 214020 | | | ulla.reiss18@gmail.com |
| VARSHA THAPA | 490 Kusciuszko St | | Brooklyn | NY | 11221-0000 | thapa.varsha22@gmail.com |
| VERO CONTRERAS | 5550 Hollywood Blvd | Apt. 310 | Los Angeles | CA | 90028-0000 | verocontreras21@gmail.com |
| VERONICA MONTANO | 3035 Radcliff Avenue #3E | | Bronx | NY | 10469-0000 | veronicamontano59@gmail.com |
| VICTORIA-JEANNE WINNER | 200 Chambers St | | New York | NY | 10007 | |
| VICTORIA ROSE CAIN | 132 Mulberry Street | | New York | NY | 10013-0000 | v.cain88@outlook.com |
| VIKI FOTI | 26 GEZA UTCA | ERDOKERTES | HUNGARY | | | fotiviktoria@gmail.com |
| VIKTORIYA AVRAMCHUK | 31 Orchard Hill Lane | | Greenwich | CT | 06831-0000 | viktoriya.avramchuk@gmail.com |
| VIOLA HAQI | Herman Benschopstraat 22 | Ijsselstein | The Netherlands | | | viola@violahaqi.com |
| WENDY WOLF | 3267 35TH STREET #GF | | LONG ISLAND CITY | NY | 11106-0000 | wendywwolf@gmail.com |
| WILLY MONFRET | 4215 ALTON RD. | | MIAMI | FL | 33140-0000 | willymonfret@gmail.com |
| WYATT COOPER | 1131 S. 18TH APT.1 | | PHILADELPHIA | PA | 19146-0000 | WCOOPER@VCRTS.EDU |
| YANII GOUGH | 757 BRADFORD STREET | | BROOKLYN | NY | 11207-0000 | yaniig129@gmail.com |
| YASMINDA RODRIGUEZ | 1005 E. UNION STREET APARTMENT 7 | | ALLENTOWN | PA | 18019-0000 | yasmindaa@gmail.com |
| YERIM KO | 1925 Lawrence Rd, Apt F5 | | Havertown | PA | 19083-0000 | kaylee4473@gmail.com |
| YUEN SZE JIA | 536 60 Street | | Brooklyn | NY | 11220-0000 | yuenyuen180@gmail.com |
| ZOE BROSSY | 420 Lincoln Road | Apartment 408 | Miami Beach | FL | 33139-0000 | Missing Email |