EXHIBIT B

# MAJOR MODEL MANAGEMENT, INC.
# Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **AGENCY / COMMISSION FEES ((10-20 % Commisison Generally)** | |
|       AGENCY FEES-MEN DIVISION | |
|       AGENCY FEES-WOMEN DIVISION | |
|     **Total AGENCY / COMMISSION FEES ((10-20 % Commisison Generally)** | |
|     DIRECT PYMNT FR. CLIENT- MODEL | |
|     **MODEL'S FEES** | |
|       MEN DIVISION | |
|       WOMEN DIVISION | |
|     **Total MODEL'S FEES** | |
|     **OTHER INCOME** | |
|       INTEREST INCOME (Interest Income) | |
|       PPP LOAN & EIDL FORGIVENESS | |
|     **Total OTHER INCOME** | |
|     **REIMB. FROM CLIENT& VENDORS** | |
|       □□□□□□□□T□□S | |
|       FLIGHT TICKETS | |
|       OTHER EXPENSES | |
|     **Total REIMB. FROM CLIENT& VENDORS** | |
|     RELEASE FEE FOR CONTRACT TERMIN | |
|     UNCOLLECTABLE FUNDS | |
|   **Total Income** | |
|   **Cost of Goods Sold** | |
|     **MODEL'S COST** | |
|       MEN DIVISION | |
|       WOMEN DIVISION | |
|     **Total MODEL'S COST** | |
|   **Total COGS** | |
|   **Gross Profit** | |
|   **Expense** | |
|     **ADVERTISING & BUSINESS PROMOTIO** | |
|       CLIENT GIFT- OPERATING | |
|       MEALS/ENTERTAINMENT- MEN | |
|       MEALS/ENTERTAINMENT- OPERATING | |
|       MEALS/ENTERTAINMENT- WOMEN | |
|       PROMOTIONAL- OPERATING | |
|       SPECIAL EVENTS- OPERATING | |
|       TRAVEL EXPENSES | |
|     **Total ADVERTISING & BUSINESS PROMOTIO** | |
|     BAD DEBT EXPENSE | |
|     BAD DEBTS | |
|     COMMISSION EXP-MOTHER AGENCY | |
|     **Depreciation** | |
|     **EXPENSES ON MODEL'S CHARGE** | |
|       □□R□□R□ | |
|       COMP CARDS AND PRINTS | |
|       CON EDISON MODEL APARTMENTS | |
|       HAIR/NAIL SALON EXPENSES | |
|       MESSENGER FEES | |
|       MODEL'S APT. KEY DEPOSIT | |
|       MODEL APT CLEANING/LAUNDRY SRVC | |
|       MODELS' APT EXPENSES/SUPPLIES | |
|       MODELS' APT RENT | |
|       □□RT□□□□S | |
|       TRAVEL EXPENSES | |
|       V□R□Z□□ | |

|  | Jan - Dec 20 |
|---|---|
| **VISA FILING FEES-MODELS** | |
| W☐☐S☐T☐ | |
| **Total EXPENSES ON MODEL'S CHARGE** | |
| **INSURANCE (Insurance)** | |
|    **DISABILITY INSURANCE** | |
|       **ADP WORKER'S COMP** | |
|       **DISABILITY INSURANCE - Other** | |
|    **Total DISABILITY INSURANCE** | |
|    **HEALTH INSURANCE** | |
|    **OFFICE INSURANCE** | |
| **Total INSURANCE (Insurance)** | |
| **INTEREST & BANK CHARGES (Interest Expense)** | |
|    **BANK SERVICE CHARGES (Bank Service Charges)** | |
|    **CHASE DISPUTED CHARGES** | |
|    **FINANCE CHARGES (Finance Charge)** | |
|    **INC.WIRE TRSF FEES** | |
|    **TD MERCHANT FEE** | |
| **Total INTEREST & BANK CHARGES (Interest Expense)** | |
| **LAWSUIT SETTLEMENT PAYMENTS** | |
| **LICENSES & PERMITS (Licenses)** | |
| **MAINTENANCE & REPAIRS (Repairs and Maintenance)** | |
|    **COMPUTER MAINT & REPAIRS (Computer Repairs)** | |
|    **JANITORIAL/CLEANING EXP** | |
| **Total MAINTENANCE & REPAIRS (Repairs and Maintenance)** | |
| **MIAMI AGENCY** | |
|    **MIAMI APT RENT** | |
|    **MIAMI FURNITURE/EQUIPMENT** | |
|    **MIAMI LICENSES AND PERMIT** | |
|    **MIAMI OFFICE SUPPLIES** | |
|    **MIAMI TRAVEL EXPENSES** | |
|    **MIAMI UTILITIES** | |
|    **MIAMI WEBSITE SUBSCRIPTION** | |
| **Total MIAMI AGENCY** | |
| **OPERATING EXPENSES** | |
|    **CAR SERVICE- OPERATING EXPENSES** | |
|    **CAR SERVICE- WOMEN'S DIVISION** | |
|    ☐☐☐ ☐UT☐R | |
|    **COPIER LEASE** | |
|    **COPIER SUPPLIES** | |
|    **OFFICE FURNITURE/ EQUIPMENT (OFFICE FURNITURE)** | |
|    **RENT-OFFICE (Rent)** | |
|    **STORAGE SPACE** | |
|    **TELEPHONE EXPENSES** | |
|    **UTILITIES (Utilities)** | |
| **Total OPERATING EXPENSES** | |
| **PAYROLL EXPENSES** | |
|    ☐ccounting | |
|    **ADP PAYROLL PROC. CHGS** | |
|    ☐SS☐ST☐☐TS | |
|    **PAYROLL - OTHER** | |
|    **PAYROLL TAXES** | |
|    S☐☐☐R☐☐S☐☐☐ ☐☐STR☐T☐V☐ | |
|    **SALARIES-MEN DIVISION** | |
|    **SALARIES-WOMEN DIV.** | |
| **Total PAYROLL EXPENSES** | |

# MAJOR MODEL MANAGEMENT, INC.
# Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---|
| **PROFESSIONAL FEES (Professional Fees)** | |
|     CERTIFIED PUBLIC ACCOUNTANT FEE | |
|     COMPENSATION -OTHER | |
|     CONSULTANT FEE - PAUL ROWLAND | |
|     CONSULTANT FEES - NADIA SHAHRIK | |
|     LEGAL FEES (Legal Fees) | |
| **Total PROFESSIONAL FEES (Professional Fees)** | |
| **SCOUTING EXPENSES** | |
|     □□□□□□□□□T□□S | |
|     □R□□R□ | |
|     CAR EXPENSES | |
|     GENERAL TRIP EXPENSES | |
| **Total SCOUTING EXPENSES** | |
| **TR□□S□□RT□T□□** | |
|   WORKING EXPENSES | |
|     FEDEX FEES | |
|     OFFICE SUPPLIES & STATIONERIES | |
|     WEBSITE SUBSCRIPTIONS/ APPS | |
|   **Total WORKING EXPENSES** | |
| **Total Expense** | |
| **Net Ordinary Income** | |
| **Other Income/Expense** | |
|   Other Expense | |
|     □□□□□T□□S | |
|     T□X□S | |
|       City Tax | |
|       State Tax | |
|     **Total TAXES** | |
|   **Total Other Expense** | |
| **Net Other Income** | |
| **Net Income** | |

# MAJOR MODEL MANAGEMENT, INC.
# Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **AGENCY / COMMISSION FEES ((10-20 % Commisison Generally)** | |
|       AGENCY FEES-MEN DIVISION | |
|       AGENCY FEES-WOMEN DIVISION | _____ |
|     **Total AGENCY / COMMISSION FEES ((10-20 % Commisison Generally)** | |
|     DIRECT PYMNT FR. CLIENT- MODEL | |
|     M/A COMMISSION PAID TO MMM | |
|     **MODEL'S FEES** | |
|       MEN DIVISION | |
|       WOMEN DIVISION | _____ |
|     **Total MODEL'S FEES** | |
|     OTHER INCOME | |
|     **REIMB. FROM CLIENT& VENDORS** | |
|       ☐☐☐☐ ☐ ☐☐☐T☐☐S | |
|       FLIGHT TICKETS | |
|       OTHER EXPENSES | _____ |
|     **Total REIMB. FROM CLIENT& VENDORS** | |
|     RELEASE FEE FOR CONTRACT TERMIN | |
|     UNCATEGORIZED INCOME | |
|     UNCOLLECTABLE FUNDS | _____ |
|   **Total Income** | |
|   **Cost of Goods Sold** | |
|     **MODEL'S COST** | |
|       MEN DIVISION | |
|       WOMEN DIVISION | _____ |
|     **Total MODEL'S COST** | _____ |
|   **Total COGS** | _____ |
|   **Gross Profit** | |
|     **Expense** | |
|     **ADVERTISING & BUSINESS PROMOTIO** | |
|       CLIENT GIFT- MEN'S DIVISION | |
|       CLIENT GIFT- OPERATING | |
|       MEALS/ENTERTAINMENT- OPERATING | |
|       MEALS/ENTERTAINMENT- WOMEN | |
|       ☐ ☐☐☐☐S☐☐☐ | |
|       ADVERTISING & BUSINESS PROMOTIO - Other | _____ |
|     **Total ADVERTISING & BUSINESS PROMOTIO** | |
|     BAD DEBT EXPENSE | |
|     CLIENT'S DISCOUNT ON BILLING | |
|     COMMISSION EXP-MOTHER AGENCY | |
|     **EXPENSES ON MODEL'S CHARGE** | |
|       ☐☐☐☐ ☐ ☐☐☐T☐☐S | |
|       ☐R☐☐R☐ | |
|       COMP CARDS AND PRINTS | |
|       CON EDISON MODEL APARTMENTS | |
|       MESSENGER FEES | |
|       MODE'S APT INSURANCE | |
|       MODEL'S APT. KEY DEPOSIT | |
|       MODEL APT CLEANING/LAUNDRY SRVC | |
|       MODELS' APT EXPENSES/SUPPLIES | |
|       MODELS' APT RENT | |
|       P☐RT☐☐☐☐S | |
|       TESTS & DEVELOPMENT | |
|       V☐R☐Z☐☐ | |
|       VISA FILING FEES-MODELS | |
|       W☐☐S☐T☐ | _____ |
|     **Total EXPENSES ON MODEL'S CHARGE** | |

|  | Jan - Dec 21 |
|---|---|

**INSURANCE (Insurance)**
    **DISABILITY INSURANCE**
        ADP WORKER'S COMP

    Total DISABILITY INSURANCE

    **HEALTH INSURANCE**
    **OFFICE INSURANCE**

**Total INSURANCE (Insurance)**

**INTEREST & BANK CHARGES (Interest Expense)**
    BANK SERVICE CHARGES (Bank Service Charges)
    FINANCE CHARGES (Finance Charge)
    TD MERCHANT FEE

**Total INTEREST & BANK CHARGES (Interest Expense)**

**LICENSES & PERMITS (Licenses)**
**MAINTENANCE & REPAIRS (Repairs and Maintenance)**
    COMPUTER MAINT & REPAIRS (Computer Repairs)
    JANITORIAL/CLEANING EXP
    MOVING EXPENSES

**Total MAINTENANCE & REPAIRS (Repairs and Maintenance)**

**MIAMI AGENCY**
    MIAMI LICENSES AND PERMIT
    MIAMI WEBSITE SUBSCRIPTION

**Total MIAMI AGENCY**

**OPERATING EXPENSES**
    CAR SERVICE- OPERATING EXPENSES
    ☐☐☐PUT☐R
    COPIER LEASE
    COPIER SUPPLIES
    JOB LISTING
    OFFICE FURNITURE/ EQUIPMENT (OFFICE FURNITURE)
    REAL ESTATE TAXES
    R☐☐T☐R☐☐XV☐☐☐
    RENT-OFFICE (Rent)
    STORAGE SPACE
    TELEPHONE EXPENSES
    UTILITIES (Utilities)

    OPERATING EXPENSES - Other

**Total OPERATING EXPENSES**

**PAYROLL EXPENSES**
    ☐ccounting
    ADP PAYROLL PROC. CHGS
    PAYROLL - OTHER
    PAYROLL TAXES
    S☐☐R☐S☐☐☐ ☐☐STR☐T☐V☐
    SALARIES-MEN DIVISION
    SALARIES-WOMEN DIV.

**Total PAYROLL EXPENSES**

**PROFESSIONAL FEES (Professional Fees)**
    CERTIFIED PUBLIC ACCOUNTANT FEE
    COMPENSATION -OTHER
    CONSULTANT FEES - NADIA SHAHRIK
    LEGAL FEES (Legal Fees)

**Total PROFESSIONAL FEES (Professional Fees)**

**SCOUTING EXPENSES**
    ☐R☐☐R☐
    GENERAL TRIP EXPENSES
    ☐ ☐☐☐S

**Total SCOUTING EXPENSES**

# MAJOR MODEL MANAGEMENT, INC.
# Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---|
| **TRANSPORTATION** | |
| **WORKING EXPENSES** | |
| FEDEX FEES | |
| OFFICE SUPPLIES & STATIONERIES | |
| PRINTED FORMS | |
| WEBSITE SUBSCRIPTIONS/ APPS | |
| WORKING EXPENSES - Other | |
| **Total WORKING EXPENSES** | |
| **Total Expense** | |
| **Net Ordinary Income** | |
| **Other Income/Expense** | |
| Other Expense | |
| TAXES | |
| Federal Tax | |
| Unemployment Tax | |
| **Total TAXES** | |
| **Total Other Expense** | |
| **Net Other Income** | |
| **Net Income** | |