EXHIBIT C

# Major Model Management, Inc.

## Profit and Loss
January - December 2022

|  | TOTAL |
|---|---:|
| **Income** | |
|   AGENCY / COMMISSION FEES | |
|     AGENCY FEES-MEN DIVISION | 130,189.36 |
|     AGENCY FEES-WOMEN DIVISION | 222,331.10 |
|   **Total AGENCY / COMMISSION FEES** | **352,520.46** |
|   DIRECT PYMNT FR. CLIENT- MODEL | -1,743.35 |
|   EXCHANGE RATE DIFFERENTIAL | -43.54 |
|   MODEL'S FEES | 3,478.81 |
|     MEN DIVISION | 638,206.84 |
|     WOMEN DIVISION | 1,131,056.79 |
|   **Total MODEL'S FEES** | **1,772,742.44** |
|   OTHER INCOME | 1,397.45 |
|   REIMB. FROM CLIENT& VENDORS | -1,946.19 |
|     ACCOMMODATIONS | 340.42 |
|     FLIGHT TICKETS | 5,888.11 |
|     OTHER EXPENSES | 14,501.17 |
|   **Total REIMB. FROM CLIENT& VENDORS** | **18,783.51** |
|   REIMBURSABLE EXPS FROM MODELS | -400.00 |
|   RELEASE FEE FOR CONTRACT TERMIN | 485.05 |
|   Returned Check Charges | 1,235.00 |
|   UNCATEGORIZED INCOME | -502.58 |
| **Total Income** | **$2,144,474.44** |
| **Cost of Goods Sold** | |
|   COST OF MODEL (deleted) | |
|     WOMEN'S DIVISION (deleted) | 3,440.00 |
|   **Total COST OF MODEL (deleted)** | **3,440.00** |
|   MODEL'S COST | |
|     MEN'S DIVISION | 516,068.60 |
|     WOMEN DIVISION | 910,132.59 |
|   **Total MODEL'S COST** | **1,426,201.19** |
| **Total Cost of Goods Sold** | **$1,429,641.19** |
| **GROSS PROFIT** | **$714,833.25** |
| **Expenses** | |
|   ADVERTISING & BUSINESS PROMOTIO | 370.00 |
|   CLIENT GIFT- MEN'S DIVISION | -50.00 |
|   CLIENT GIFT- OPERATING | 1,454.08 |
|   MEALS/ENTERTAINMENT- OPERATING | 1,727.68 |
|   MEALS/ENTERTAINMENT- WOMEN | 113.20 |
|   MODELS.COM | 4,500.00 |

|  | TOTAL |
|---|---:|
|    TRAVEL EXPENSES | 164.69 |
| **Total ADVERTISING & BUSINESS PROMOTIO** | **8,279.65** |
| Bank Service Charges | 1,666.84 |
| CLIENT'S DISCOUNT ON BILLING | 100.00 |
| COMMISSION EXP-MOTHER AGENCY | 43,921.18 |
| DUES & SUBSCRIPTIONS | 1,660.07 |
| EXPENSES ON CLIENT'S CHARGE |  |
|   ACCOMMODATIONS | 249.41 |
|   FLIGHT TICKET | 405.95 |
| **Total EXPENSES ON CLIENT'S CHARGE** | **655.36** |
| EXPENSES ON MODEL'S CHARGE | -8,810.31 |
|   AIRFARE | 330.50 |
|   BANK FEES | -215.81 |
|   CLIENT GIFTS | 126.19 |
|   COMP CARDS AND PRINTS | -82.12 |
|   DHL/FEDEX | -56.00 |
|   HAIR/NAIL SALON EXPENSES | 30.00 |
|   INCOME TAX EXPENSE FOR MODELS | -62.58 |
|   LEGAL FEES | -110.95 |
|   MESSENGER FEES | -118.00 |
|   MODELS' APT RENT | 4,900.00 |
|   PORTFOLIOS | -25.00 |
|   TESTS & DEVELOPMENT | 30.00 |
|   TRAVEL EXPENSES | 18,087.89 |
|   VERIZON | 901.64 |
|   VISA FILING FEES-MODELS | 9,118.00 |
|   WEBSITE | -70,850.00 |
| **Total EXPENSES ON MODEL'S CHARGE** | **-46,806.55** |
| INSURANCE |  |
|   DISABILITY INSURANCE | 1,675.53 |
|     ADP WORKER'S COMP | 856.99 |
| **Total DISABILITY INSURANCE** | **2,532.52** |
|   HEALTH INSURANCE | 13,094.30 |
|   OFFICE INSURANCE | 7,929.29 |
| **Total INSURANCE** | **23,556.11** |
| INTEREST & BANK CHARGES |  |
|   BANK SERVICE CHARGES | 1,930.15 |
|   TD MERCHANT FEE | 9,732.76 |
| **Total INTEREST & BANK CHARGES** | **11,662.91** |
| LICENSES & PERMITS | 3,713.84 |

# Major Model Management, Inc.

## Profit and Loss
### January - December 2022

|  | TOTAL |
|---|---:|
| MAINTENANCE & REPAIRS |  |
|   COMPUTER MAINT & REPAIRS | 508.26 |
|   JANITORIAL/CLEANING EXP | 50.00 |
| **Total MAINTENANCE & REPAIRS** | **558.26** |
| MIAMI AGENCY |  |
|   MIAMI UTILITIES | 29.17 |
| **Total MIAMI AGENCY** | **29.17** |
| MISCELLANEOUS | -275.19 |
| OPERATING EXPENSES | 1,522.71 |
|   CAR SERVICE- OPERATING EXPENSES | 4,575.52 |
|   COMPUTER | 13,367.00 |
|   COPIER LEASE | 1,262.56 |
|   COPIER SUPPLIES | 3,061.31 |
|   INTERNET SERVICE FEES | 90.36 |
|   JOB LISTING | 0.00 |
|   OFFICE FURNITURE/ EQUIPMENT | 1,137.68 |
|   OFFICE SECURITY SYSTEM | 32.69 |
|   RENT - NEW JERSEY OFFICE | 26,080.00 |
|   RENT-OFFICE | 46,090.06 |
|   STORAGE SPACE | 4,883.36 |
|   TELEPHONE EXPENSES | 13,898.50 |
|   UTILITIES | 3,406.72 |
| **Total OPERATING EXPENSES** | **119,408.47** |
| PAYROLL EXPENSES | 5,136.00 |
|   ADP PAYROLL PROC. CHGS | 7,809.81 |
|   PAYROLL TAXES | 26,941.14 |
|   SALARIES | 268,727.15 |
| **Total PAYROLL EXPENSES** | **308,614.10** |
| PROFESSIONAL FEES |  |
|   CERTIFIED PUBLIC ACCOUNTANT FEE | 24,962.50 |
|   LEGAL FEES | 265,207.70 |
|   MILAN ACCOUNTING/AUDITING | -400.00 |
| **Total PROFESSIONAL FEES** | **289,770.20** |
| SCOUTING EXPENSES |  |
|   AIRFARE | 372.70 |
|   GENERAL TRIP EXPENSES | 919.20 |
|   MEALS | 195.23 |
| **Total SCOUTING EXPENSES** | **1,487.13** |
| SUBCONTRACTOR FEES | 122,990.87 |
| TRANSPORTATION | 3,015.00 |

# Major Model Management, Inc.

Profit and Loss

January - December 2022

|  | TOTAL |
|---|---:|
| WORKING EXPENSES | 4,323.79 |
|    FEDEX FEES | 273.99 |
|    OFFICE SUPPLIES & STATIONERIES | 6,640.43 |
|    PRINTED FORMS | 217.16 |
|    WEBSITE SUBSCRIPTIONS/ APPS | 14,240.56 |
| **Total WORKING EXPENSES** | **25,695.93** |
| **Total Expenses** | **$919,703.35** |
| NET OPERATING INCOME | $ -204,870.10 |
| Other Expenses | |
|   TAXES | |
|     City Tax | 2,277.34 |
|     State Tax | 2,129.18 |
|   **Total TAXES** | **4,406.52** |
| **Total Other Expenses** | **$4,406.52** |
| NET OTHER INCOME | $ -4,406.52 |
| **NET INCOME** | **$ -209,276.62** |