EXHIBIT D

SCHEDULE G

| Type of Contract | Counter-Party | Address | Interest of the Debtor | Cure Amount |
|---|---|---|---|---|
| Mother Agent | 2R Model Management | Anthony Fokkerweg 61, 1059 CP Amsterdam, Netherlands | Modeling Agent | $1,075.00 |
| Lease | 888 Mana Cultural Center, LLC d/b/a Mana Contempora | 888 Newark Ave, Jersey City, NJ 07306 | Lessee | n/a |
| Model | Agostina Barbagelata | Arcos 1786 4, C1426 BGN, Buenos Aires, Argentina | Modeling Agent | $1,495.70 |
| Model | Amanda Sinishtaj | 290 EVALINE ST. HAMTRAMCK, MI 48212 | Modeling Agent | $0.00 |
| Model | Anastasia Khodkina | 14 Dunham Place, Apt. 15, Brooklyn, NY 11249 | Modeling Agent | $949.00 |
| Model | Andre Brown | 48 Crooked Trail Rd, Norwalk, CT 06853 | Modeling Agent | $777.69 |
| Model | Asio Highsmith | 374 A Macdonough Street, Apt. 1, Brooklyn, NY, | Modeling Agent | $0.00 |
| Model | Barbara Mascia | 41 W 89th St 3F New York, NY 10024 | Modeling Agent | $1,472.67 |
| Model | Bernard Fouquet | 14 Boulevard De La Grandie, Royan, France | Modeling Agent | $0.00 |
| Model | Bruce Hulse | 1323 Palisades Drive, Pacific Palisades, CA 90272 | Modeling Agent | $2,400.00 |
| Model | Carina Branicki | 15 West 17th Street, Apt. 8, New York, NY 10011 | Modeling Agent | $2.33 |
| Model | Chris Adamski | 649 S Burnside Ave, 304 Los Angeles, CA | Modeling Agent | $1,200.00 |
| Model | Christian Daniels | 1121 Greene Ave, Apt. 2L, Brooklyn, NY 11221 | Modeling Agent | $976.67 |
| Model | Dan Mould | 2 Nethergord Road, London, United Kingdom, Sw46a6 | Modeling Agent | $838.67 |
| Model | Darnell Edwards | 5537 Emerson Avenue S, Minneapolis, MN 55419 | Modeling Agent | $8,135.60 |
| Model | David Dorn | 1316 Grand Ave, Phoenix, AZ 85007 | Modeling Agent | $0.00 |
| Model | David Keigley | 2008 Reservation Road, Gulf Breeze, FL 32563 | Modeling Agent | $0.00 |
| Model | Dayanna Nutter Shaw | 2630 South 72nd St, Philadelphia, PA, 19153 | Modeling Agent | $3,440.00 |
| Model | Ebony Anderberg | Ostra Ryttmastaregatan 13 21752, Malmo, | Modeling Agent | $1,366.66 |
| Model | Elodi Guillaume | 2979 Koali Road, Honolulu, HI 96826 | Modeling Agent | $1,097.67 |
| Model | Emelie Macinnes | 19597 Station St, Apt. 308, Big lake, MN 55309 | Modeling Agent | $1,242.67 |
| Mother Agent | Fox Models International | 21559 Cypress Hammock Dr #44j, Boca Raton, FL 33428 | Modeling Agent | $4,400.00 |
| Model | Gene Kim | 317 Porter Street, Glendale, CA 91025 | Modeling Agent | $0.00 |
| Mother Agent | George Kartis | 174 West Leicester Ave Norfolk, VA 23503 | Modeling Agent | $1,915.00 |
| Model | Honglin Li | 45-10 11Th Street, Long Island City, NY 11101 | Modeling Agent | $8,680.00 |
| Model | Jamier Harrell | 5588 South Bell Place, Chandler, AZ 85249 | Modeling Agent | $3,200.00 |
| Model | Jordi Iven | 928 Broadway Ste 700 New York, NY 10010 | Modeling Agent | $820.00 |
| Model | Joy Nul | Via 41 Milan, Italy 20124 | Modeling Agent | $0.00 |
| Model | Julian Cardona | 1845 Haight Ave, Bronx, NY 10461 | Modeling Agent | $400.00 |
| Model | Karina Matos | 4440 N. Marshall Street, Philadelphia, | Modeling Agent | $500.00 |
| Lease | Karma Properties LLC, KPP2 Properties LLC, and KPP Properties LLC | 357 West 36th Street, Suite 601, New York, NY 10018 | Lessee | n/a |
| Model | Landerson Braga | 711 Cole Ave, Los Angeles, CA 90038 | Modeling Agent | $2,968.00 |
| Mother Agent | Les Fleurs Management. Inc. | 74 Richardson Street, Apt. #9, Brooklyn, NY 11211 | Modeling Agent | $1,380.00 |
| Model | Lucas Facchini | 47-05 45Th Street, Apt. E9 , Queens, NY 11377 | Modeling Agent | $0.00 |
| Model | Lucas Medeiros | Alameda Jali 311 Apt. 71, San Paolo, Brazil | Modeling Agent | $582.74 |
| Model | Lucas Owen | 7212 Blvd E, Apt. 3B, North Bergen, NJ 07047 | Modeling Agent | $0.00 |
| Model | Luke Flynn | 235 Jefferson Avenue, Miami Beach, FL 33139 | Modeling Agent | $1,098.30 |
| Model | Malachi Isaiah Jones | 218 Partenia Street, Apt. 109, Canoga Park, CA 91304 | Modeling Agent | $0.00 |
| Model | Mari Paz | 501 NE 32st St., Miami, FL 33137 | Modeling Agent | $6,557.67 |
| Model | Matt King | 1600 Vine Street, Apt 622, Los Angeles, CA 90028 | Modeling Agent | $0.00 |
| Mother Agent | Nemesis Models | Nemesis House, 1 Oxford Street, Manchester M2 3WQ, United Kingdom | Modeling Agent | $1,590.00 |

| Type | Name | Address | Role | Amount |
|---|---|---|---|---|
| Model | Nicholas Fouquet | 512 Victoria Avenue, Venice, CA 90291 | Modeling Agent | $496.00 |
| Model | Nicholas Scherner | 330 E 117th St, New York, NY 10035 | Modeling Agent | $0.00 |
| Lease | NS+JP Property | 390 Gorge Road, Cliffside Park, NJ 07010 | Lessee | n/a |
| Model | Omar Albertto | 2234 Laurel CNY Blvd, Los Angeles, CA 90046 | Modeling Agent | $0.00 |
| Model | Ovo Drenth | 334 South 3rd Street, Apt. 4B, Brooklyn, New York, 11211 | Modeling Agent | $430.47 |
| Mother Agent | Paras Talent Management | 716 Yuyuan Road 4F, Shanghai, 200052 China | Modeling Agent | $525.00 |
| Model | Philip Herman | 103-00 Shore Front Parkway, Apt. 12P, Rockaway Park, NY 11694 | Modeling Agent | $395.00 |
| Model | Rena Stokes | 710 Delafield Rd Pittsburgh PA 15215 | Modeling Agent | $1,789.00 |
| Model | Sarah Kaufmann | 14568 Walcott Ave, Orlando, FL 32827 | Modeling Agent | $466.66 |
| Model | Scott Dequine | 507 12th Street, Apt. 15, Miami, FL 33139 | Modeling Agent | $500.00 |
| Model | Scott King | 825 Bayhead Rd, Osteen, FL 32764 | Modeling Agent | $0.00 |
| Model | Sean Coles | 275 Mott Street, Apt. 5R, New York, NY 10012 | Modeling Agent | $1,995.00 |
| Model | Seyid Fall | 2999 Fredrick Douglass, Apt 27T, Ny 10049 | Modeling Agent | $500.00 |
| Model | Shunya Amemiya | 2999 Federick Douglass Blvd, New York, NY, 10039 | Modeling Agent | $2,000.00 |
| Model | Simon Wheeldon | 88 Greenwich Street, New York, NY 10006 | Modeling Agent | $1,545.04 |
| Mother Agent | Star System Agency | 17 Boulevard des Philosophes Geneva 1205 Switzerland | Modeling Agent | $1,105.00 |
| Model | Stephanie Cordoba | 261 Hudson Street, Apt. 10U, New York, NY 10013 | Modeling Agent | $6,040.00 |
| Model | Steven Lyon | 1878 Maui Circle, Costa Mesa, CA 92626 | Modeling Agent | $400.00 |
| Model | Tess Smolens | 1916 Glendon Ave, Apt. 3, Los Angeles CA 90025 | Modeling Agent | $1,533.34 |
| Mother Agent | The Agency | San Francisco, Calle 74, Edificio Begomar, Piso 2, Apto 202 B, Panama City | Modeling Agent | $800.00 |
| Mother Agent | The Saints NYC | 420 Lexington Ave, New York, NY 10170 | Modeling Agent | $1,363.75 |
| Mother Agent | The Walk | 9480 NE 23nd Ave. #119 Miami Shores Fl. 33138 | Modeling Agent | $634.83 |
| Model | Thomas Michael | 220 Eckford Street, #4, Brooklyn, NY 11220 | Modeling Agent | $0.00 |
| Model | Trevor Feehan | 182 13th Street Apt 3r Brooklyn Ny 11215 | Modeling Agent | $1,848.00 |
| Model | Trey Riley | 10 Montague Terrace, Apt. 1B, Brookyln, NY 11201 | Modeling Agent | $400.00 |
| Model | Ty Warner | 1311 N Fairfax Avenue, #20, Los Angeles, CA 90046 | Modeling Agent | $400.00 |
| Model | Tyheem Little | 5136 Chester Avenue, Philadelphia, PA 19143 | Modeling Agent | $1,652.55 |
| Model | Vero Contreras | 5550 Hollywood Blvd, Apt. 310, Los Angeles, CA | Modeling Agent | $0.00 |
| Model | Viola Haqi | Herman Benschopstraat 22, Ijsselstein, Ut | Modeling Agent | $500.00 |
| Mother Agent | Wild Management | Plaza Alonso Martinez, 7, 2 ctro, 28004 Madrid, Spain | Modeling Agent | $435.00 |
| Mother Agent | Willow Model Management | 206 W 4th Street, Suite 423, Santa Ana, CA 92701 | Modeling Agent | $488.75 |