# EXHIBIT E

|   |                                         |           |   |           |   |           |
|---|-----------------------------------------|-----------|---|-----------|---|-----------|
|   |                                         | MAJOR MODEL MANAGEMENT, INC. | | | | |
|   |                                         | Three Year Cash Flow Projection | | | | |
|   |                                         | YEAR 1    |   | YEAR 2    |   | YEAR 3    |
|   |                                         | $         |   | $         |   | $         |
|   | CASH ON HAND (BEGINNING OF YEAR)   CASH RECEIPTS | | | | | |
| 1 | MODEL BILLING COLLECTIONS               | 2,030,000 |   | 2,290,000 |   | 2,650,000 |
| 1 | AGENCY / COMMISSION FEES                | 406,000   |   | 458,000   |   | 530,000   |
| 2 | INTEREST INCOME                         | 5298      |   | 5298      |   | 5298      |
|   | TOTAL CASH RECEIPTS                     | 2,441,298 |   | 2,753,298 |   | 3,185,298 |
|   | CASH PAID OUT                           |           |   |           |   |           |
| 3 | MODEL COST                              | 1,624,000 |   | 1,832,000 |   | 2,120,000 |
| 4 | PAYROLL EXPENSES                        | 335,000   |   | 335,000   |   | 335,000   |
|   | ADVERTISING & BUSINESS PROMOTION        | 17,000    |   | 17,000    |   | 17,000    |
| 5 | COMISSION EXP-MOTHER AGENCY             | 65,000    |   | 70,000    |   | 79,000    |
|   | INSURANCE                               | 17,955    |   | 17,955    |   | 17,955    |
|   | BANK CHARGES                            | 19,500    |   | 20,085    |   | 20,688    |
|   | LICENSE & PERMITS                       | 684       |   | 691       |   | 697       |
|   | MAINTENANCE & REPAIRS                   | 15,400    |   | 15,862    |   | 16,338    |
|   | OFFICE EXPENSES                         | 13,500    |   | 13,500    |   | 13,500    |
|   | OPERATING EXPENSES                      | 90,000    |   | 90,000    |   | 90,000    |
|   | PROFESSIONAL FEES                       | 110,000   |   | 110,000   |   | 110,000   |
|   | SCOUTING EXPENSES                       | 8,500     |   | 8,500     |   | 8,500     |
|   | TRANSPORTATION                          | 1,100     |   | 1,133     |   | 1,167     |
|   | TOTAL CASH PAID OUT                     | 2,317,639 |   | 2,531,726 |   | 2,829,845 |
|   | NET INCREASE OR (DECREASE)              |           |   |           |   |           |
|   | CASH ON HAND (END OF YEAR)              | $123,659  |   | $221,572  |   | $355,453  |
|   | CASH ON HAND AT THE END OF THREE YEARS  | $700,684  |   |           |   |           |